**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Eugene L Wright, II** | JOINT DEBTOR: | **Kim K Wright** | CASE NO.: | 10-10001 |
|---|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-1224 | Last Four Digits of SS# | xxx-xx-5482 | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **1900.15** for months **1** to **60** ;
- B. $ _____ for months ____ to ____ ;
- C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **3,500.00**
Balance Due  $ **-NONE-** payable $ _____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Bank Of America**    Arrearage on Petition Date $ **12,430.17**
   Address: **P.O. Box 650070; Dallas, TX 75265**   Arrears Payment $ **207.17** /month (Months **1** to **60**)
   Account No: **Account No: xxxxx3032**   Regular Payment $ **1,309.00** /month (Months **1** to **60**)
2. _____   Arrearage on Petition Date $ **0.00**
   Address: _____   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Account No: _____   Regular Payment $ _____ /month (Months **0** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Miami-Dade tax Colector | $ 1055.42 | 0% | $ 17.59 | 1 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ _____
   Payable $ _____ /month (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: 74.479.52 Pay $ **0.26 = $193.65** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Eugene L Wright, II**              **/s/ Kim K Wright**
Eugene L Wright, II                      Kim K Wright
Debtor                                   Joint Debtor
Date: **December 31, 2009**              Date: **December 31, 2009**

LF-31 (rev. 06/02/08)